**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff<br>   v.<br>HELEN L. DORSHEIMER<br>MICHAEL R. DORSHEIMER<br>        Defendant(s) | Civil Action No: 02-CV-5324 |

**ORDER**

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

**ORDERED**

    1.  That the public sale held on March 12, 2003 is hereby confirmed.

    2.  That the Marshal is ordered and directed to execute and deliver to Michael and Monica Daley, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of HELEN L. DORSHEIMER and MICHAEL R. DORSHEIMER in and to the premises sold located at RR #2 Box 247, Elverson, PA 19520.

    3.  That jurisdiction is retained for such further orders or decrees as may be necessary.


_____
J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>             Plaintiff<br>     v.<br>HELEN L. DORSHEIMER<br>MICHAEL R. DORSHEIMER<br>             Defendant(s) | Civil Action No:  02-CV-5324 |

**MOTION FOR CONFIRMATION OF PUBLIC SALE**

The United States of America, by its attorneys, Goldbeck McCafferty & McKeever, moves to confirm the public sale in the captioned case, and respectfully represents:

1. In accordance with Order entered October 03, 2002 in favor of Plaintiff and against Defendants, after due advertisement pursuant to Title 28, U.S.C. Section 2002, as appears from the Advertising Order attached hereto as Exhibit "A", the real property described was exposed to public sale on March 12, 2003 and sold to Michael and Monica Daley for a bid of $64,500.00.

2. The Marshal's Return of Sale is attached as Exhibit B.

3. Notice of the sale had been given to all lienholders as shown on the Affidavit pursuant to Pa. R.C.P. 3129 and the Certificate of Service (Exhibit "C")

4. The Order of October 03, 2002 required that a Motion for Confirmation of the Sale be made to the Court at least thirty (30) days after the date of Sale.

5. Notice has been given to all parties in interest of the presentation of this motion.

WHEREFORE, Plaintiff respectfully moves for confirmation of the sale.

                              GOLDBECK McCAFFERTY & McKEEVER
                              By:  Michael T. McKeever, Esquire
                              Pennsylvania Attorney I.D. No. 56129
                              Suite 500 – The Bourse Building
                              111 S. Independence Mall East
                              Philadelphia, PA  19106

                    (215) 627 - 1322

                    s/ Michael T. McKeever

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
        Plaintiff
   v.

HELEN L. DORSHEIMER
MICHAEL R. DORSHEIMER
        Defendant(s)

Civil Action No: 02-CV-5324

## CERTIFICATE OF SERVICE

I certify that on April 24, 2003, by first class mail, postage prepaid, the following parties in interest were given notice this Motion:

| | |
|---|---|
| HELEN L. DORSHEIMER and MICHAEL R. DORSHEIMER<br>210 Wilmington Road<br>Coatesville, PA 19320 | OCCUPANTS/TENANTS<br>RR #2 - Box 247<br>Elverson, PA 19520 |
| PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | MICHAEL J. AND MONICA A. DALEY<br>500 Fruit Farm Road<br>Royersford, PA 19468 |
| DOMESTIC RELATIONS OF CHESTER COUNTY<br>117 West Gay Street<br>PO Box 2748<br>West Chester, PA 19380 | |

                    Respectfully submitted,
                    GOLDBECK McCAFFERTY & McKEEVER
                    By: Michael T. McKeever, Esquire
                    Pennsylvania Attorney I.D. No. 56129
                    Suite 500 - The Bourse Building
                    111 S. Independence Mall East
                    Philadelphia, PA 19106
                    (215) 627 - 1322

                    s/ Michael T. McKeever