## ADVERTISING ORDER

U. S. Marshals Service - Department of Justice         VOUCHER #
Room 2110      601 Market St., Phila, PA 19106         PAID BY :

The publisher of Daily Local News is authorized to publish the enclosed advertisement according to the schedule below, provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

NAME OF PUBLICATION: Daily Local News
SUBJECT OF ADVERTISEMENT: sale of real property
EDITION OF PAPER ADVERTISEMENT APPEARED: daily
NUMBER OF TIMES ADVERTISEMENT APPEARED: 4x's
DATE(S) ADVERTISEMENT APPEARED: February 12, 19, 26 and March 5, 2003
SPECIFICATIONS FOR ADVERTISEMENT:
COPY FOR ADVERTISEMENT: Helen L. Dorsheimer and Michael R. Dorsheimer

AUTHORITY TO ADVERTISE
DATE: February 3, 2003 02-
CASE NUMBER: Case No.#5324
SIGNATURE OF AUTHORIZING OFFICIAL:
----------PUBLIC VOUCHER FOR ADVERTISING--[ATTACHED HERE]
CHARGES TO BE FILLED OUT BY NEWSPAPER:

TIMES ADVERTISEMENT APPEARED: _____4_____
NUMBER OF LINES IN AD: _____203_____
COST PER LINE: _____1.91_____

TOTAL COST: _____1593.28_____

AFFIDAVIT - This represents a true billing for the advertising order, with specifications and copy, which has been compl[eted]
SIGNATURE OF PUBLISHER: _____
TITLE: ____Legal Advertising Rep_____

NAME OF PUBLICATION: Daily Local News
ADDRESS: 250 N. Bradford Avenue
West Chester, PA 19380
-----------------------------------------------------------

FOR U.S.MARSHAL SERVICE USE

I certify that the advertisement described a[bove appeared] in the named publication and that this account is correct and [due for payment].

SIGNATURE OF CERTIFYING OFFICER: _____
DATE: _____
ACCOUNT: _____   CHECK #_____

---

**NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY**

Public Notice is hereby given, that by virtue of an Order for Foreclosure and Sale of Real Estate dated October 03, 2002, issued out of the United States District Court for the Eastern District of Pennsylvania, in Civil Action No. 02-CV-5324 on a judgment in the amount of $165,535.07 plus interest from March 31, 2002 rendered in the Court, in favor of the United States of America and against HELEN L. DORSHEIMER and MICHAEL R. DORSHEIMER, the following described real estate, located at RR #2, Box 247, Elverson, PA 19520, shall be offered for sale on March 12, 2003 at 11:00 a.m. at the property address of: RR #2, Box 247, Elverson, PA 19520, at public auction, to the highest and best bidder by the U.S. Marshal for the Eastern District of Pennsylvania:

ALL THAT CERTAIN tract or building lot, with hereditaments and appurtenances erected, Situate in West Nantmeal Township, Chester County, Pennsylvania, bounded and described as follows:

[...] extending along the same South 89 degrees 41 minutes East, 134 feet to the first mentioned point and place of beginning.

CONTAINING 43.9 perches of land, more or less.

BEING THE SAME PREMISES which David Edward Lynam and Donna M. Lynam, his wife, by Deed dated 7/7/86 and recorded in the Recorder of Deeds Office in and for Chester County, PA, in Record Book 372, page 365, conveyed unto Roger L. Keith and Karen Keith, his wife, their heirs and assigns.

ALSO KNOWN AS: RR #2, Box 247, Chester County, Pennsylvania. Chester County Parcel Number 23-5-75.

Terms of Sale: Ten percent (10%) of the highest sum bid must be deposited by the highest bidder in cashier's check or certified check with the Marshal upon the property being struck down to such bidder. Upon failure to make such deposit, the bidder shall lose the benefit of this bid and the property may be immediately put up again and sold unless a deposit of the sum required be made by a second bidder willing to take the...