

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

---

*Philadelphia, PA 19106*

## U. S. MARSHALS SALE OF REAL PROPERTY

C. A. __02-5324__

I, __Michael Green__, a Deputy U. S. Marshal for the Eastern District of Pennsylvania, sold the property located at __757 N. Manor Road__. The public sale was held on __March 12, 2003__ and the highest bidder was __Michael J and Monica R. Daley__, who bid the amount of $ __64,500.00__.

_____
Deputy U. S. Marshal
United States Marshals Service
Eastern District of Pennsylvania