Case 2:02-cv-05324-HH   Document 9-4   Filed 04/24/2003   Page 1 of 7

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>HELEN L. DORSHEIMER<br>MICHAEL R. DORSHEIMER<br><br>                    Defendants | CIVIL NO. 02-CV-5324 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

Joseph A. Goldbeck, Jr., Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( )   Personal Service by the Sheriff's Office/competent adult (copy of return attached).
(X)   Certified mail by Joseph A. Goldbeck, Jr. (original green Postal return receipt attached).
( )   Certified mail by Sheriff's Office.
( )   Ordinary mail by Joseph A. Goldbeck, Jr., Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )   Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )   Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.
**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )   Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )   Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )   Certified Mail & ordinary mail by Joseph A. Goldbeck, Jr. (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Joseph A. Goldbeck, Jr., Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Joseph A. Goldbeck, Jr.
Attorney for Plaintiff

7160 3901 9844 2551 5601

TO: DORSHEIMER, MICHAEL R. (property)
**MICHAEL R. DORSHEIMER**
RR 2 BOX 247
ELVERSON, PA 19520

SENDER: GOLDBECK MCCAFFERTY & MCKEEVER
February 13, 2003

REFERENCE: DORSHEIMER, HELEN L. / USA-0197
03 / 12 / 0-3 Chester

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

FEB 13 2003

---

7160 3901 9844 2551 5602

TO: DORSHEIMER, HELEN L. (property)
**HELEN L. DORSHEIMER**
RR2 BOX 247
ELVERSON, PA 19520

SENDER: GOLDBECK MCCAFFERTY & MCKEEVER
February 13, 2003

REFERENCE: DORSHEIMER, HELEN L. / USA-0197
03 / 12 / 0-3 Chester

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
FEB 13 2003

**GOLDBECK McCAFFERTY & McKEEVER**
Suite 500, The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Name and Address of Sender

Check type of mail:
☐ Express
☐ Registered
☐ Certified
☐ Insured
☐ COD
☐ Return Receipt (RR) for Merchandise
☐ Int'l Rec. Del.
☐ Del. Confirmation (DC)

If Registered Mail check below:
☐ Insured
☐ Not Insured

Affix stamp here if issued as certificate of mailing, or for additional copies of this bill.

Postmark and Date of Receipt

| Line | Article Number | Addressee Name, Street, and PO Address | Postage | Fee | Handling Charge | Actual Value (If Reg.) | Insured Value | Due Sender If COD | RR Fee | DC Fee | SC Fee | SH Fee | SD Fee | RD Fee | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | PA DEPARTMENT OF PUBLIC WELFARE<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | DOMESTIC RELATIONS OF CHESTER COUNTY<br>117 West Gay Street<br>PO Box 2748<br>West Chester, PA 19380 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | OCCUPANTS/TENANTS<br>RR #2 - Box 247<br>Elverson, PA 19520 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

*U.S. POSTAGE*
1792
9469 $02.70⁰ PB2211913
6262 JAN 21 03
MAILED FROM ZIP CODE 19106

PHILA PA

DRoberman

USA

PS Form 3877, April 1999

The full declaration of value is required on all domestic and international registered mail. The maximum indemnity payable for the reconstruction of nonnegotiable documents under Express Mail document reconstruction insurance is $50,000 per piece subject to a limit of $500,000 per occurrence. The maximum indemnity payable on Express Mail merchandise insurance is $500. The maximum indemnity payable is $25,000 for registered mail, sent with optional postal insurance. See Domestic Mail Manual R900, S913, and S921 for limitations of coverage on insured and COD mail. See International Mail Manual for limitations of coverage on international mail. Special handling charges apply only to Standard Mail (A) and Standard Mail (B) parcels.

Complete by Typewriter, Ink, or Ball Point Pen

**2. Article Number**

7160 3901 9844 2551 5664

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery: 2/19/03

C. Signature
X _Helen Dorsheimer_
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below:
☐ Yes  ☐ No

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)  ☐ Yes
1. Article Addressed to:

DORSHEIMER, MICHAEL R. #1
**MICHAEL R. DORSHEIMER**
2740 Main Street
Morgantown, PA 19543

GOLDBECK MCCAFFERTY & MCKEEVER
DORSHEIMER, HELEN L. / USA-0197  03/12/03 Chester

PS Form 3811, July 2001          Domestic Return Receipt

---

**2. Article Number**

7160 3901 9844 2551 5619

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery: 2/19/03

C. Signature
X _Helen Dorsheimer_
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below:
☐ Yes  ☐ No

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)  ☑ Yes
1. Article Addressed to:

DORSHEIMER, HELEN L. #1
**HELEN L. DORSHEIMER**
2740 Main Street
Morgantown, PA 19543

GOLDBECK MCCAFFERTY & MCKEEVER
DORSHEIMER, HELEN L. / USA-0197  03/12/03 Chester

PS Form 3811, July 2001          Domestic Return Receipt

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>vs.<br><br>HELEN L. DORSHEIMER<br>MICHAEL R. DORSHEIMER<br><br>    Defendants | CIVIL NO. 02-CV-5324 |

## AFFIDAVIT PURSUANT TO RULE 3129

THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

RR #2 Box 247
Elverson, PA 19520

1. Name and address of Owners or Reputed Owners:

    HELEN L. DORSHEIMER
    210 Wilmington Road
    Coatesville, PA 19320

    MICHAEL R. DORSHEIMER
    210 Wilmington Road
    Coatesville, PA 19320

2. Name and address of Defendants in the judgment:

    HELEN L. DORSHEIMER
    210 Wilmington Road
    Coatesville, PA 19320

    MICHAEL R. DORSHEIMER
    210 Wilmington Road
    Coatesville, PA 19320

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

        PA DEPARTMENT OF PUBLIC WELFARE
        Bureau of Child Support Enforcement
        Health and Welfare Bldg. - Room 432
        P.O. Box 2675
        Harrisburg, PA 17105-2675

        DOMESTIC RELATIONS OF CHESTER COUNTY
        117 West Gay Street
        PO Box 2748
        West Chester, PA 19380

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.


7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

        OCCUPANTS/TENANTS
        RR #2 - Box 247
        Elverson, PA 19520
    (attach separate sheet if more space is needed)

      I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.


DATED: February 13, 2003

                                          *[signature]*
                                GOLDBECK McCAFFERTY & McKEEVER
                                BY: Joseph A. Goldbeck, Jr., Esq.
                                Attorney for Plaintiff

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THE UNITED STATES OF AMERICA | 02-CV-5324 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| HELEN L. DORSHEIMER & MICHAEL R. DORSHEIMER | NOTICE OF US MARSHALL SALE |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
HELEN L. DORSHEIMER & MICHAEL R. DORSHEIMER

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
RR #2 BOX 247 ELVERSON, PA 19520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE POST HANDBILL

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 215-627-1322
DATE: 1-18-03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk
Date: 1-23-03

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 1/30/03
Time: 11:11 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | 31.68 (88 MM) | | | | 31.68 | |

REMARKS: 757 N. MANOR RD.

**NOTE**

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)