**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>HELEN L. DORSHEIMER<br>MICHAEL R. DORSHEIMER<br><br>                    Defendant(s) | CIVIL ACTION NO.  02-CV-5324 |

**APPLICATION FOR DISTRIBUTION OF PROCEEDS**

For the reasons set forth in the attached Schedule of Distribution, the United States of America, on behalf of its Agency, the United States Department of Agriculture, respectfully requests that the Court enter the Order of Distribution as required in the Motion for Judgment and Motion for Confirmation.

                                        Respectfully submitted,

                                        GOLDBECK McCAFFERTY & McKEEVER

                                        s/ Michael T. McKeever


                                        By: _____
                                        Michael T. McKeever, Esquire
                                        Pennsylvania Attorney I.D. No. 56129
                                        Suite 5000 – Mellon Independence Center
                                        701 Market Street
                                        Philadelphia, PA  19106-1532
                                        (215) 627 – 1322
                                        Original signature not required/electronic filing

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                  Plaintiff<br><br>vs.<br><br>HELEN L. DORSHEIMER<br>MICHAEL R. DORSHEIMER<br><br>                  Defendant(s) | CIVIL NO. 02-CV-5324 |

**ORDER**

      **AND NOW**, this _____ day of _____, 2005, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at RR #2 Box 247 Elverson, PA 19520 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

                                                           BY THE COURT:

                                                           _____
                                                                                               J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              Plaintiff<br><br>    vs.<br><br>HELEN L. DORSHEIMER<br>MICHAEL R. DORSHEIMER<br><br>              Defendant(s) | CIVIL NO. 02-CV-5324 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED


Amount of cash received ...........................................................$34,200.00

   Amount bid by: ....................................................................... $34,200.00

**TO BE DISTRIBUTED AS FOLLOWS:**

US MARSHAL COSTS:

   Mileage and Tolls. .....................................................................$63.36

US ATTORNEY COSTS:

   Advertising Cost  ...................................................................$1,593.28

TOTAL COSTS TO U.S. GOVERNMENT ................................$1,656.64

Proceeds of sale, less costs, to Farmer's Home Admin .................$32,543.36


                                                            Respectfully submitted,

                                                            GOLDBECK McCAFFERTY & McKEEVER

                                                            s/ Michael T. McKeever


                                                            By: _____
                                                            Michael T. McKeever, Esquire
                                                            Pennsylvania Attorney I.D. No. 56129
                                                            Suite 5000 – Mellon Independence Center
                                                            701 Market Street
                                                            Philadelphia, PA  19106-1532
                                                            (215) 627 – 1322
                                                            Original signature not required/electronic filing

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 02-CV-5324 |
| vs. | |
| HELEN L. DORSHEIMER<br>MICHAEL R. DORSHEIMER | |
| Defendant(s) | |

## CERTIFICATE OF SERVICE

I do hereby certify that this Schedule of Distribution and Certificate of Service was made upon:

    HELEN L. DORSHEIMER
    MICHAEL R. DORSHEIMER
    210 Wilmington Road
    Coatesville, PA 19320

by mailing a true and correct copy thereof, postage prepaid, on this 4 day of January, 2005.

    Respectfully submitted,

    GOLDBECK McCAFFERTY & McKEEVER

    s/ Michael T. McKeever

    By: _____
    Michael T. McKeever, Esquire
    Pennsylvania Attorney I.D. No. 56129
    Suite 5000 – Mellon Independence Center
    701 Market Street
    Philadelphia, PA  19106-1532
    (215) 627 – 1322
    Original signature not required/electronic filing