**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                    Plaintiff<br><br>vs.<br><br>HELEN L. DORSHEIMER<br>MICHAEL R. DORSHEIMER<br><br>                                    Defendant(s) | CIVIL ACTION NO.  02-CV-5324 |

## SECOND APPLICATION FOR DISTRIBUTION OF PROCEEDS

The United States of America, by its attorneys, Goldbeck McCafferty & McKeever, for the reasons set forth in the attached Schedule of Distribution, respectfully requests that the Court enter the Order of Distribution as required in the Motion for Judgment and Motion for Confirmation, and respectfully represents:

1. Plaintiff filed an Application for Distribution of Proceeds on January 4, 2005.  Plaintiff incorrectly stated the amount of cash received and amount of bid was $34,200.00.

2. The correct amount of cash received and amount of bid for the Marshal Sale on March 12, 2003 was $64,500.00.

WHEREFORE, Plaintiff respectfully moves for the Distribution of Proceeds upon the correct amount provided in the attached Schedule of Distribution.

Respectfully submitted,

GOLDBECK McCAFFERTY & McKEEVER

s/ Michael T. McKeever

By: _____
Michael T. McKeever, Esquire
Pennsylvania Attorney I.D. No. 56129
Suite 5000 – Mellon Independence Center
701 Market Street
Philadelphia, PA  19106-1532

(215) 627 – 1322
Original signature not required/electronic filing

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
|     Plaintiff | CIVIL NO. 02-CV-5324 |
| vs. | |
| HELEN L. DORSHEIMER | |
| MICHAEL R. DORSHEIMER | |
|     Defendant(s) | |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount of cash received................................................................$64,500.00

Amount bid by Michael Daley & Monica Daley: ......................... $64,500.00

**TO BE DISTRIBUTED AS FOLLOWS:**

US MARSHAL COSTS:

 Mileage and Tolls. ....................................................................$63.36

US ATTORNEY COSTS:

 Advertising Cost ....................................................................$1,593.28

TOTAL COSTS TO U.S. GOVERNMENT .................................$1,656.64

Proceeds of sale, less costs, to Farmer's Home Admin .................$62,843.36

            Respectfully submitted,

            GOLDBECK McCAFFERTY & McKEEVER

            s/ Michael T. McKeever

            By: _____
            Michael T. McKeever, Esquire
            Pennsylvania Attorney I.D. No. 56129
            Suite 5000 – Mellon Independence Center
            701 Market Street
            Philadelphia, PA  19106-1532
            (215) 627 – 1322
            Original signature not required/electronic filing

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 02-CV-5324 |
| vs. | |
| HELEN L. DORSHEIMER<br>MICHAEL R. DORSHEIMER | |
| Defendant(s) | |

**CERTIFICATE OF SERVICE**

I do hereby certify that this Schedule of Distribution and Certificate of Service was made upon:

HELEN L. DORSHEIMER
MICHAEL R. DORSHEIMER
210 Wilmington Road
Coatesville, PA 19320

by mailing a true and correct copy thereof, postage prepaid, on this 17 day of November, 2005.

Respectfully submitted,

GOLDBECK McCAFFERTY & McKEEVER

s/ Michael T. McKeever

By: _____
Michael T. McKeever, Esquire
Pennsylvania Attorney I.D. No. 56129
Suite 5000 – Mellon Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 627 – 1322
Original signature not required/electronic filing